IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>    **Plaintiff,**<br><br>    v.<br><br>**ERNESTO GONZALEZ,**<br><br>    **Defendant**. | **CRIM. NO. 16-152 (PAD)** |

### ORDER

The court has evaluated the Report and Recommendation made by U.S. Magistrate Judge Marcos E. López regarding the Rule 11 proceeding of defendant, Ernesto González (Docket No. 22), to which no objections have been filed. The court finds the plea entered by the defendant was knowingly, voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty. The plea is therefore accepted and the defendant is adjudged guilty as to count one of the Information.

The court notes that a Presentence Investigation Report was ordered (Docket No. 21). The parties shall file their sentencing memoranda not later than May 20, 2016. The Sentencing Hearing is set for May 27, 2016, at 10:00 a.m. in Courtroom 3.

**SO ORDERED.**

In San Juan, Puerto Rico, this 18th day of April, 2016.

                                              S/Pedro A. Delgado-Hernández
                                              PEDRO A. DELGADO HERNANDEZ
                                              United States District Judge